# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SALVADOR RUIZ, | ) |
| Petitioner, | ) ) ) |
| v. | ) Cause No. 3:15-CV-612-TLS |
| SUPERINTENDENT, | ) ) ) |
| Respondent. | ) |

## OPINION AND ORDER

Salvador Ruiz, a prisoner proceeding pro se, filed a habeas corpus petition challenging WCC-15-10-0024, a prison disciplinary proceeding held at the Westville Correctional Facility. On October 8, 2015, the Disciplinary Hearing Body found him guilty of attempted deception, in violation of A-100. As a result, he was sanctioned with the loss of 30 days earned credit time, but the deprivation was suspended and has not yet been imposed. (ECF No. 1-1 at 6.) As such, he has not yet lost any earned credit time as a result of this hearing.

A prison disciplinary action can only be challenged in a habeas corpus proceeding where it results in the lengthening of the duration of confinement. *Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003). Here, because this disciplinary proceeding did not result in the lengthening of the duration of his confinement, habeas corpus relief is not available. Because there is no relief that he can obtain in this habeas corpus proceeding, the Petition will be denied. If the suspended sanction is ever imposed, the Petitioner may then file another habeas corpus petition challenging this hearing.

For these reasons, the Petition [ECF No. 1] is **DENIED** pursuant to SECTION 2254 HABEAS CORPUS RULE 4 and this case is dismissed without prejudice.

SO ORDERED on January 4, 2016.

s/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT
FORT WAYNE DIVISION